```
 1  Joseph H. Harrington
    Acting United States Attorney
 2  Eastern District of Washington
 3  David M. Herzog
    Assistant United States Attorney
 4  Post Office Box 1494
 5  Spokane, WA 99210-1494
 6  Telephone: (509) 353-2767
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 2 1 2021

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MIGUEL ANTONIO MONDACA<br>(a/k/a "HiKitty Caretaker" and<br>"Mike777"),<br><br>Defendant. | 2:21-CR-130-TOR<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. § 1201(a)(1), (d), (g)<br>Attempted Kidnapping of a Child<br>(Count 1)<br><br>18 U.S.C. § 2251(a), (e)<br>Production of Child Pornography<br>(Count 2)<br><br>18 U.S.C. § 2252A(a)(2)(A), (b)(1)<br>Distribution of Child Pornography<br>(Count 3)<br><br>18 U.S.C. § 2253<br>Forfeiture Allegations |

The Grand Jury charges:

## COUNT 1

Between on or about January 6, 2021, and on or about January 22, 2021, in the Eastern District of Washington and elsewhere, the Defendant, MIGUEL ANTONIO MONDACA (a/k/a "HiKitty Caretaker" and "Mike777"), did attempt to unlawfully seize, confine, inveigle, decoy, kidnap, abduct, carry away, and hold

INDICTMENT – 1

for ransom, reward or otherwise, Minor 1, a person who had not attained the age of eighteen years, and used a means, facility, and instrumentality of interstate or foreign commerce, to wit: the Internet, in committing or in furtherance of the commission of the offense, all in violation of 18 U.S.C. § 1201(a)(1), (d), (g).

## COUNT 2

Between on or about January 6, 2021, and on or about January 22, 2021, in the Eastern District of Washington and elsewhere, the Defendant, MIGUEL ANTONIO MONDACA (a/k/a "HiKitty Caretaker" and "Mike777"), did knowingly employ, use, persuade, induce, entice, and coerce Minor 1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate commerce and in and affecting interstate and foreign commerce and using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of 18 U.S.C. § 2251(a), (e).

## COUNT 3

Between on or about January 6, 2021, and January 22, 2021, in the Eastern District of Washington and elsewhere, the Defendant, MIGUEL ANTONIO MONDACA (a/k/a "HiKitty Caretaker" and "Mike777"), did knowingly distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in and affecting interstate commerce by any means, including by computer, to wit: visual depictions of Minor Victim 1 engaging in sexually explicit conduct, including the lascivious exhibition of her genitals and pubic area, all in violation of 18 U.S.C. § 2252A(a)(2)(A), (b)(1).

NOTICE OF FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense in violation of 18 U.S.C § 2251(a), (e), and/or 18 U.S.C § 2252A(a)(2)(A), (b)(1), as alleged in this Indictment, the Defendant, MIGUEL ANTONIO MONDACA (a/k/a "HiKitty Caretaker" and "Mike777"), shall forfeit to the United States of America any visual depiction described in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, or any property traceable to such property, including, but not limited to the following listed assets:

- Samsung S-20 cell phone;
- HP Omen black desk top computer tower, Serial No.: 2MO9223L7N;
- Black LG cell phone with a cracked screen;
- Black and silver 8GB apple iPod;
- White and blue 2GB patriot thumb drive;
- Black and silver AT&T LG cell phone;
- Black FHID hand-held camera with microphone and 12GB SD card;
- Silver Cannon Powershot digital camera;
- White cell phone with clear/brown case and batman sticker on back;
- Samsung Galaxy Note 8 cell phone with clear case;
- Silver HP Laptop with power cord; and an,
- Acer laptop without a power cord model AIC70.

INDICTMENT – 3

If any of the property described above, as a result of any act or omission of the Defendant:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

DATED this 21st day of September, 2021.

_____
Joseph H. Harrington
Acting United States Attorney

_____
David M. Herzog
Assistant United States Attorney

INDICTMENT – 4