1

2

3

4

5

6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

UNITED STATES OF AMERICA,

8

Plaintiff,

9

v.

10

MIGUEL ANTONIO MONDACA,

11

Defendant.

12

NO:  2:21-CR-0130-TOR

ORDER DISMISSING COUNT 4 OF THE SUPERSEDING INDICTMENT WITHOUT PREJUDICE

13

BEFORE THE COURT is the United States' Motion to Dismiss Count 4 of

14

the Superseding Indictment.  ECF No. 62.  The motion was submitted for hearing

15

without oral argument.  Having reviewed the record and the files therein, the Court

16

is fully informed.

17

The government seeks to dismiss without prejudice Count 4 of the

18

Superseding Indictment in this matter pursuant to Federal Rule Criminal Procedure

19

48(a).  For good cause shown, the Court grants the motion, but makes no judgment

20

as to the merit or wisdom of this dismissal.

ORDER DISMISSING COUNT 4 OF THE SUPERSEDING INDICTMENT
WITHOUT PREJUDICE ~ 1

1    Accordingly, **IT IS HEREBY ORDERED**:

2    The United States' Motion to Dismiss Count 4 of the Superseding

3    Indictment (ECF No. 62) is **GRANTED**.  Count 4 of the Superseding Indictment is

4    dismissed without prejudice.

5    The District Court Executive is hereby directed to enter this Order and

6    provide copies to counsel.

7    DATED October 4, 2022.

8    

9                       THOMAS O. RICE
                     United States District Judge

10

11

12

13

14

15

16

17

18

19

20

ORDER DISMISSING COUNT 4 OF THE SUPERSEDING INDICTMENT
WITHOUT PREJUDICE ~ 2